# KASOWITZ BENSON TORRES LLP

|  | 1633 BROADWAY | ATLANTA |
|---|---|---|
|  | NEW YORK, NEW YORK 10019 | HOUSTON |
| MARISSA E. MILLER |  | LOS ANGELES |
| DIRECT DIAL: (212) 506-1832 | (212) 506-1700 | MIAMI |
| DIRECT FAX: (212) 835-5226 | FAX: (212) 506-1800 | NEWARK |
| MEMiller@kasowitz.com |  | SAN FRANCISCO |
|  |  | SILICON VALLEY |
|  |  | WASHINGTON DC |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2020

March 22, 2020

Honorable Alison J. Nathan
United States Courthouse
40 Foley Square Courtroom 906
New York, NY 10007

    Re:    United States v. John Geraci 18-CR-00715

Dear: Judge Nathan

    We file this letter to respectfully request an extension of the March 23, 2020 surrender date for Mr. John Geraci to May 1, 2020 due to Mr. Geraci's current medical condition. On Friday, March 20, 2020, Mr. Geraci notified his currently assigned Probation Officer, Mr. Jimmy Navarro, that he had been admitted to the Bapist Health South Florida Hospital. Mr. Geraci was experiencing heart issues as well as symptoms consistent with COVID-19. He was placed in an isolation unit in the hospital.

    On Saturday, March 21, 2020, my partner Lyn Agre, was contacted by Officer Navarro, who requested we seek an extension of Mr. Geraci's surrender date due to his current medical condition. Officer Navarro made audio-video contact with Mr. Geraci since Mr. Geraci's hospital admission. Ms. Agre has since made contact with Mr. Geraci, and learned that as of today, Mr. Geraci has been diagnosed with pneumonia, which triggered his atrial fibrillation. On Friday, March 20, 2020, Mr. Geraci was tested for COVID-19 and is still waiting for his test results. Pursuant to CDC guidance, once released from the hospital, Mr. Geraci will have a mandatory 14 day quarantine period. Mr. Geraci was just informed he will be released from the hospital today. Attached, as Exhibit A, please find Mr. Geraci's discharge documents from the Baptist Health South Florida Hospital.

    Counsel for Mr. Geraci has also received consent of Mr. Lenow, AUSA, for this temporary delay of Mr. Geraci's surrender date to May 1, 2020. On or before that date we

KASOWITZ BENSON TORRES LLP

Honorable Alison J. Nathan
March 22, 2020
Page 2

should receive confirmation of the COVID-19 test results and Mr. Geraci's medical condition to determine if a further delay of Mr. Geraci's surrender date is medically necessary.

      For the above-stated reasons, Counsel for Mr. Geraci, with the consent of the Government and the United State Probation Department, respectfully requests a continuation of Mr. Geraci's surrender date from **March 23, 2020 to May 1, 2020**.

> Defendant John Geraci's surrender date is hereby continued to May 1, 2020.
> SO ORDERED.

Sincerely,
Marissa E. Miller

/s/ *Marissa E. Miller*
Lyn R. Agre

/s/ *Lyn R. Agre*
Counsel for John Geraci

SO ORDERED.   3/22/20

*[signature]*

Alison J. Nathan, U.S.D.J.