# KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

MARISSA E. MILLER
DIRECT DIAL: (212) 506-1832
DIRECT FAX: (212) 835-5226
MeMiller@kasowitz.com

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2020

June 29, 2020

Honorable Alison J. Nathan
United States Courthouse
40 Foley Square Courtroom 906
New York, NY 10007

Re:   United States v. John Geraci 18-CR-00715

Dear: Judge Nathan

    We file this letter to respectfully request an extension of the July 1, 2020 surrender date for Mr. John Geraci to September 1, 2020 due to Mr. Geraci's current medical condition. This Court previously granted a continuance of Mr. Geraci's surrender date from March 23, 2020 to May 1, 2020, and from May 1, 2020 to July 1, 2020. See Dkt. Nos. 78, 80.

    In March, prior to his previous surrender date, Mr. Geraci was hospitalized at Baptist Health South Florida Hospital. At that time, he was being treated for heart issues as well as symptoms consistent with COVID-19. Mr. Geraci was released from the hospital to isolation at home. He was later diagnosed with pneumonia and treated remotely, via virtual medical appointments, and antibiotics.

    Unfortunately, since that time Mr. Geraci has continued to experience issues with his health. Mr. Geraci reported that he was diagnosed with a second case of pneumonia and despite treatment, was forced to return to the hospital on June 26, 2020. At this time, in addition to his pneumonia, preliminary tests revealed that Mr. Geraci had suffered a small stroke in his brain called a TIA, which Mr. Geraci informed counsel was likely due to his atrial fibrillation. Further tests revealed lung nodules, and coronary artery disease. See Exhibit A. As a result of his coronary artery disease, and as recognized by the CDC, Mr. Geraci is at an increased risk of severe illness should he contract COVID-19.

    Counsel for Mr. Geraci has received consent of Mr. Skinner, AUSA, for this additional two month delay of Mr. Geraci's surrender date to September 1, 2020.

KASOWITZ BENSON TORRES LLP

Honorable Alison J. Nathan
June 29, 2020
Page 2

For the above-stated reasons, Counsel for Mr. Geraci, with the consent of the Government, respectfully requests a continuation of Mr. Geraci's surrender date from **July 1, 2020 to September 1, 2020**.  SO ORDERED.

SO ORDERED.   6/30/20

*[signature]*

Alison J. Nathan, U.S.D.J.

Sincerely,
Marissa E. Miller

/s/ *Marissa E. Miller*
Lyn R. Agre

/s/ *Lyn R. Agre*
Counsel for John Geraci