# KASOWITZ BENSON TORRES LLP

|  | 1633 BROADWAY | ATLANTA |
|---|---|---|
| MARISSA E. MILLER | NEW YORK, NEW YORK 10019 | HOUSTON |
| DIRECT DIAL: (212) 506-1832 | (212) 506-1700 | LOS ANGELES |
| DIRECT FAX: (212) 835-5226 |  | MIAMI |
| MeMiller@kasowitz.com | FAX: (212) 506-1800 | NEWARK |
|  |  | SAN FRANCISCO |
|  |  | SILICON VALLEY |
|  |  | WASHINGTON DC |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2020

September 3, 2020

Honorable Alison J. Nathan
United States Courthouse
40 Foley Square Courtroom 906
New York, NY 10007

Re:   United States v. John Geraci 18-CR-00715

Dear: Judge Nathan

    We file this letter to respectfully request a thirty-one day continuance of the September 4, 2020, surrender date for Mr. John Geraci to October 5, 2020, to allow Mr. Geraci to schedule and undergo an MRI brain scan. This Court previously granted a continuance of Mr. Geraci's surrender date from March 23, 2020, to May 1, 2020, from May 1, 2020, to July 1, 2020, from July 1, 2020, to September 1, 2020, and from September 1, 2020, to September 4, 2020. See Dkt. Nos. 78, 80, 82, 84.

    As discussed in our August 31, 2020 letter (Dkt. 83) Mr. Geraci was released from the hospital on August 30, with orders to see a neurology specialist as soon as possible for further diagnoses and treatment. On September 3, Mr. Geraci was given an order to get an MRI brain scan without contrast for diagnostic purposes. (See Ex. A). However, the referring physician was not able to conduct the test at that time. Instead, Mr. Geraci was instructed to schedule a later appointment to have the test. There were no appointments available for Mr. Geraci to have this test prior to his September 4, 2020, surrender date.

    For the above-stated reasons, Counsel for Mr. Geraci respectfully requests a continuation of Mr. Geraci's surrender date from **September 4, 2020 to October 5, 2020**.

Sincerely,

Marissa E. Miller

_____ . Miller
[signature]
e
gre
Counsel for John Geraci

> Defendant's request to continue his surrender date to October 5, 2020, is GRANTED. The Court will not entertain any further requests for continuance unless such request is made at least 48 hours prior to Defendant's surrender date and indicates the Government's position on the request. SO ORDERED.
>
> SO ORDERED.
> [signature] ALISON J. NATHAN, U.S.D.J.
> 9/3/2020

# EXHIBIT A

## ORDER SHEET

Order Entry D/T: 09/03/20 11:37 EDT

Orders Entered By: Gordon Perue, Gillian L – MD,Attn,Neurology
Ordering Dr: Gordon Perue, Gillian L

O **MR Brain w/o Contrast**
09/03/2020 11:34:00 EDT, Post Discharge Future Order, Routine, Non-Portable, Neuro deficit, acute, stroke suspected, Left upper arm injury, Jackson South Community Hospital, 305-256-4492, No, Rad Type, 09/03/2020 11:34:0 20 11:34:00 EDT, 139386182, 8
Order comments: Ok to do open MRI

O **Misc**
09/03/2020 11:34:00 EDT, Post Discharge Future Order, Routine, Other, Unit Collecting Specimen?, JSCH Neuroscience, ONCE, 09/03/2020 11:34:00 EDT, EMG nerve conduction stud, EMG, nerve conduction, Hold Until Collected, Llected, Left upper arm injury, 24, RT –...

Pt. Name: GERACI, JOHN DAVID
D.O.B./Sex: 04-25-1957 M
Med Rec #: 5134047
Physician:
Financial #: 40018152952
Pt. Type: P
Room/Bed: /
Admit/Disch:    EDT
/ 00-00-00

Order Sheet

Jackson South Community Outpatient
9333 SW 152nd Street
Miami, FL 33157
Print ID: Lopez, Danais
Print Date/Time: 09/03/20 15:53 EDT

Page 1 of 1