# KASOWITZ BENSON TORRES LLP

|  |  |  |
|---|---|---|
| MARISSA E. MILLER<br>DIRECT DIAL: (212) 506-1832<br>DIRECT FAX: (212) 835-5226<br>MeMiller@kasowitz.com | 1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>FAX: (212) 506-1800 | ATLANTA<br>HOUSTON<br>LOS ANGELES<br>MIAMI<br>NEWARK<br>SAN FRANCISCO<br>SILICON VALLEY<br>WASHINGTON DC |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2020

October 2, 2020

Honorable Alison J. Nathan
United States Courthouse
40 Foley Square Courtroom 906
New York, NY 10007

Re:   United States v. John Geraci 18-CR-00715

Dear: Judge Nathan

   We file this letter to respectfully request a sixty-day continuance of the October 5, 2020, surrender date for Mr. John Geraci to December 4, 2020, to allow Mr. Geraci to schedule and undergo a neurosurgical consultation as well as possible surgery.  This Court previously granted a continuance of Mr. Geraci's surrender date from March 23, 2020, to May 1, 2020, from May 1, 2020, to July 1, 2020, from July 1, 2020, to September 1, 2020, from September 1, 2020, to September 4, 2020 and from September 4, 2020, to October 5, 2020.  See Dkt. Nos. 78, 80, 82, 84, 86.

   As discussed in our August 31, 2020 letter (Dkt. 83) Mr. Geraci was released from the hospital on August 30, with orders to see a neurology specialist as soon as possible for further diagnoses and treatment.  On September 3, Mr. Geraci was given an order to get an MRI brain scan without contrast for diagnostic purposes.  However, the referring physician was not able to conduct the test at that time.  Instead, Mr. Geraci was instructed to schedule a later appointment to have the test.  Mr. Geraci subsequently had the MRI scheduled a follow up appointment with the neurologist.

   The follow up appointment occurred on September 24, 2020.  At that time, upon review of the MRI, the neurologist observed that the results were abnormal and instructed Mr. Geraci to schedule an appointment with a Neurosurgeon to discuss the possibility of surgery.  Mr. Geraci has scheduled this appointment, unfortunately, the earliest available appointment with the neurosurgeon was October 8, 2020. (*see* Ex. A at 3).  Without this appointment and continued treatment, Mr. Geraci's condition is at risk of severely worsening.  (*see* Ex. B).

   Counsel for Mr. Geraci has conferred with Mr. Skinner and Mr. Lenow, AUSAs on this matter and they have consented to Mr. Geraci's request for this temporary delay of his surrender date to December 4, 2020.

KASOWITZ BENSON TORRES LLP

Honorable Alison J. Nathan
October 2, 2020
Page 2

SO ORDERED.  

For the above-stated reasons, Counsel for Mr. Geraci respectfully requests a continuation of Mr. Geraci's surrender date from **October 5, 2020 to December 4, 2020**.

        Sincerely,
        Marissa E. Miller

        */s/ Marissa E. Miller*
        Lyn R. Agre

        */s/ Lyn R. Agre*
        Counsel for John Geraci