# KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

CHRISTIAN T. BECKER
DIRECT DIAL: (212) 506-1932
DIRECT FAX: (212) 500-3432
CBecker@kasowitz.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2021

WASHINGTON DC

March 3, 2021

Honorable Alison J. Nathan
United States Courthouse
40 Foley Square Courtroom 906
New York, NY 10007

Re:   United States v. John Geraci 18-CR-00715

Dear: Judge Nathan

    We file this letter to respectfully request a continuance of the March 8, 2021, surrender date for Mr. John Geraci to April 8, 2021, to allow Mr. Geraci to continue treatment for his ongoing medical issues. This Court previously granted a continuance of Mr. Geraci's surrender date from March 23, 2020, to May 1, 2020, from May 1, 2020, to July 1, 2020, from July 1, 2020, to September 1, 2020, from September 1, 2020, to September 4, 2020, from September 4, 2020, to October 5, 2020, from October 5, 2020 to December 4, 2020, from December 4, 2020 to January 15, 2021 and from January 15, 2021 to March 8, 2021. See Dkt. Nos. 78, 80, 82, 84, 86, 88, 90, 92.

    As discussed in our August 31, 2020 letter (Dkt. 83) Mr. Geraci was released from the hospital on August 30, with orders to see a neurology specialist as soon as possible for further diagnoses and treatment. On September 3, Mr. Geraci was given an order to get an MRI brain scan without contrast for diagnostic purposes. However, the referring physician was not able to conduct the test at that time. Instead, Mr. Geraci was instructed to schedule a later appointment to have the test. Mr. Geraci subsequently had the MRI and scheduled a follow up appointment with the neurologist. The follow up appointment occurred on September 24, 2020. At that time, upon review of the MRI, the neurologist observed that the results were abnormal and instructed Mr. Geraci to schedule an appointment with a Neurosurgeon to discuss the possibility of surgery.

    Mr. Geraci subsequently saw the neurosurgeon on October 8, 2020. At that time, he was directed to yet another specialist for yet another follow up appointment. On December 1, 2020, Mr. Geraci saw an orthopedic specialist, who diagnosed him with impingement syndrome, supraspinatus tendinitis, subacromial bursitis, and biceps tendonitis in his left shoulder. In order to appropriately treat these issues Mr. Geraci was told to attend physical therapy two to three times a week for the next four to six weeks.

KASOWITZ BENSON TORRES LLP

Honorable Alison J. Nathan
March 3, 2021
Page 2

      During the last eight weeks, Mr. Geraci reports that he has been attending his prescribed physical therapy. Unfortunately, Mr. Geraci has informed us that this therapy has not had the intended effect and he is still struggling with pain. Therefore, his physical therapist has ordered an MRI on his shoulder to determine if there is a tear or other structural damage to his shoulder. (*See* Ex. A). Unfortunately, as the health system in Florida continues to struggle with the current public health emergency, Mr. Geraci has not been able to get an appointment for this test until March 22. (*Id.*) As the Court has allowed Mr. Geraci to receive treatment for this continuing issue up until this point, counsel for Mr. Geraci believes there is no reason to prevent him from receiving this test and, hopefully, resolving this issue.

      Additionally, Mr. Geraci has notified us that the irregular heartbeat he has been struggling with is no longer under control via conventional means. Therefore, his doctor has recommended a new course of treatment, beginning with a diagnostic test on Thursday March 4. (*See* Ex. B). According to Mr. Geraci, this test will determine whether he needs surgery in the near future to correct his irregular heartbeat. Unfortunately, the current surrender date will not allow him the time to take this test, review the results, and determine any next steps.

      Counsel for Mr. Geraci has conferred with Mr. Skinner and Mr. Lenow, AUSAs on this matter and they have consented to Mr. Geraci's request for this temporary delay of his surrender date to April 8, 2021.

      For the above-stated reasons, Counsel for Mr. Geraci respectfully requests a continuation of Mr. Geraci's surrender date from **March 8, 2021 to April 8, 2021**.

      SO ORDERED.

*/s/ Alison J. Nathan*
3/4/2021
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

Sincerely,

*/s/ Christian T. Becker*

Christian T. Becker