# KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

CHRISTIAN T. BECKER
DIRECT DIAL: (212) 506-1932
DIRECT FAX: (212) 500-3432
CBecker@kasowitz.com

SILICON VALLEY
WASHINGTON DC



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2021

SO ORDERED. 4/7/2021
ALISON J. NATHAN, U.S.D.J.

April 5, 2021

Honorable Alison J. Nathan
United States Courthouse
40 Foley Square Courtroom 906
New York, NY 10007

Re:   United States v. John Geraci 18-CR-00715

Dear: Judge Nathan                                                SO ORDERED.

We file this letter to respectfully request a continuance of the April 8, 2021 surrender date for Mr. John Geraci to May 8, 2021, to allow Mr. Geraci to receive a vaccination against COVID-19. Mr. Geraci's original surrender date was March 23, 2020. The Court has granted nine prior continuances and Mr. Geraci's current surrender date is April 8, 2021. (See Dkt. Nos. 78, 80, 82, 84, 86, 88, 90, 92, 98.)

As laid out in our previous letter (Dkt. No. 96), Mr. Geraci has continued to struggle with various health issues including Atrial Fibrillation and a shoulder injury. Mr. Geraci is continuing to receive treatment for those issues. We write today to request a thirty day extension to Mr. Geraci's surrender date to allow Mr. Geraci to obtain a COVID-19 vaccine and for such vaccine to become effective.

Mr. Geraci reports that he has not yet had a vaccine to prevent COVID-19. He further informed counsel that he is planning to go to a walk-in vaccination clinic tomorrow, April 6, to attempt to get the single dose Johnson & Johnson vaccine. However, since this is a walk-in vaccination site, there is no guarantee that he will get the vaccine tomorrow.

Further, we understand the vaccine takes approximately fourteen days to reach maximum efficacy. Therefore, we believe that thirty days is enough time to allow Mr. Geraci to obtain a vaccine, and the immunity it provides, while taking into account any logistical challenges he may face in finding a vaccine. Allowing Mr. Geraci to be fully vaccinated prior to reporting will protect both Mr. Geraci, as well as the population of the facility to which he is reporting.

Counsel for Mr. Geraci has conferred with Mr. Skinner and Mr. Lenow, AUSAs on this matter, and they have consented to Mr. Geraci's request for this temporary delay of his surrender date to May 8, 2021.

KASOWITZ BENSON TORRES LLP

Honorable Alison J. Nathan
April 5, 2021
Page 2

      For the above-stated reasons, Counsel for Mr. Geraci respectfully requests a continuation of Mr. Geraci's surrender date from **April 8, 2021 to May 8, 2021**.

      Sincerely,

      */s/ Christian T. Becker*

      Christian T. Becker

CTB