# KASOWITZ BENSON TORRES LLP



1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

Christian T. Becker
Direct Dial: (212) 506-1932
Direct Fax: (212) 500-3432
CBecker@kasowitz.com

SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

May 7, 2021

Honorable Alison J. Nathan
United States Courthouse
40 Foley Square Courtroom 906
New York, NY 10007

SO ORDERED.
*[signature]* 5/7/2021
ALISON J. NATHAN, U.S.D.J.

Re:   United States v. John Geraci 18-CR-00715

SO ORDERED.

Dear: Judge Nathan

We file this letter to respectfully request a continuance of the May 8, 2021, surrender date for Mr. John Geraci to May 15, 2021, to allow Mr. Geraci to recover from a recent medical emergency. Mr. Geraci's original surrender date was March 23, 2020. The Court has granted ten prior continuances and Mr. Geraci's current surrender date is May 8, 2021. (See Dkt. Nos. 78, 80, 82, 84, 86, 88, 90, 92, 98, 101.)

While we are aware that the Court has required all requests for continuances to be made at least 48 hours in advance (D.I 86), we were just informed of Mr. Geraci's situation this morning. We were informed that at approximately 10:45 am, Mr. Geraci was taken to the hospital after collapsing in his kitchen and striking his head on the floor. We are further informed that he is currently undergoing diagnostic tests to determine the extent of any injuries that he suffered as a result of his fall and what impact, if any, those injuries will have on his ability to report as scheduled. Therefore, we are respectfully seeking a seven day continuance of Mr. Geraci's surrender date to allow him to receive any diagnosis and treatment required from today's medical emergency.

Counsel for Mr. Geraci has conferred with Mr. Skinner and Mr. Lenow, AUSAs on this matter, and they have consented to Mr. Geraci's request for this temporary delay of his surrender date to May 15, 2021.

For the above-stated reasons, Counsel for Mr. Geraci respectfully requests a continuation of Mr. Geraci's surrender date from **May 8, 2021 to May 15, 2021**.

KASOWITZ BENSON TORRES LLP

Honorable Alison J. Nathan
May 7, 2021
Page 2

        Sincerely,

        */s/ Christian T. Becker*

        Christian T. Becker

CTB