# KASOWITZ BENSON TORRES LLP



1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

CHRISTIAN T. BECKER
DIRECT DIAL: (212) 506-1932
DIRECT FAX: (212) 500-3432
CBECKER@kasowitz.com

ATLANTA
HOUSTON
LOS ANGELES
␣␣␣␣␣␣
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

May 14, 2021

Honorable Alison J. Nathan
United States Courthouse
40 Foley Square Courtroom 906
New York, NY 10007

Re:   United States v. John Geraci 18-CR-00715

Dear: Judge Nathan

      We file this letter to respectfully request a continuance of the May 15, 2021, surrender date for Mr. John Geraci to May 19, 2021, to allow Mr. Geraci to continue his recovery from a recent hospital admission.  Mr. Geraci's original surrender date was March 23, 2020.  The Court has granted eleven prior continuances and Mr. Geraci's current surrender date is May 15, 2021. (See Dkt. Nos. 78, 80, 82, 84, 86, 88, 90, 92, 98, 101, 103.)

      While we are aware that the Court has required all requests for continuances to be made at least 48 hours in advance (D.I 86), we were just informed of Mr. Geraci's situation this afternoon.  This afternoon, Mr. Geraci informed us that, after his hospitalization last week, he attempted to schedule an appointment with his cardiologist and was finally able to see his cardiologist today.  We were further informed that at today's appointment, his cardiologist informed him that he needed to immediately report to the emergency room due to a dangerously high and irregular heartbeat.  Mr. Geraci reports that he is currently en route to the emergency room.

      Therefore, we are respectfully seeking a short continuance of Mr. Geraci's surrender date to allow him to receive any diagnosis and treatment required from today's admission to the emergency room.

      Counsel for Mr. Geraci has conferred with Mr. Skinner and Mr. Lenow, AUSAs on this matter, and they have consented to Mr. Geraci's request for this temporary delay of his surrender date to May 19, 2021.  They informed us that the Government's position on any further requests for adjournment is that such requests "should be submitted with (a) a sworn affidavit from Mr. Geraci (b) a sworn affidavit from the medical provider opining that the treatment is necessary; and (c) an explanation as to why there is reason to believe that the BOP cannot provide the requested medical treatment," and they requested that we include this position in this letter.

SO ORDERED.

## KASOWITZ BENSON TORRES LLP

Honorable Alison J. Nathan
May 14, 2021
Page 2

For the above-stated reasons, Counsel for Mr. Geraci respectfully requests a continuation of Mr. Geraci's surrender date from **May 15, 2021 to May 19, 2021**.

SO ORDERED.

Sincerely,

*/s/ Christian T. Becker*

Christian T. Becker

CTB

SO ORDERED.   5/14/2021
ALISON J. NATHAN, U.S.D.J.