```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

          -v-

John Geraci,

                  Defendant.

18-CR-715 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received a motion from Defendant John Geraci requesting compassionate release. Dkt. No. 107. The Government shall file a response to the motion, if any, by October 13, 2021. Mr. Geraci shall file a reply, if any, by October 20, 2021.

SO ORDERED.

Dated: October 6, 2021
         New York, New York

                                            ALISON J. NATHAN
                                           United States District Judge