```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

John Geraci,

　　　　　　　Defendant.

18-CR-715 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 13, 2021, the Government filed its opposition to Mr. Geraci's motion for compassionate release and emailed Mr. Geraci's confidential medical records to the Court. Dkt. No. 109. The Government shall by October 15, 2021, file a confirmation on the public docket that it has mailed both these documents to Mr. Geraci. Mr. Geraci's time to file a reply, if any, is extended to October 27, 2021.

The Clerk's office is respectfully directed to mail a copy of this Order to Mr. Geraci and note the mailing on the public docket.

SO ORDERED.

Dated: October 14, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALISON J. NATHAN
　　　　　　　　　　　　　　　　　United States District Judge