UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                               :

UNITED STATES OF AMERICA,            :

                         Plaintiff,        :          18-CR-715 (LJL)

                                         :

          -v-                          :          <u>ORDER</u>

                                         :

JOHN GERACI,                     :

                                       :

                       Defendant.      :

                                       :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Government is ordered to respond by May 1, 2026 to the motion at Dkt No. 115.


      SO ORDERED.

Dated: April 24, 2026
      New York, New York                    _____
                                        LEWIS J. LIMAN
                               United States District Judge